**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
CASE NUMBER:**

| | |
|---|---|
| Dominique B. Lovejoy,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Jason L. Richardson, Rocket Expediting, LLC, Super Ego Holdings, LLC, Super Ego Logistics, LLC, Stefan Perovic, and Sendmee Trucking, LLC,<br><br>　　　　　　　　　　　Defendants. | 3:23-cv-05393-MGL<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned employee of the law offices of Murphy & Grantland, P.A., attorneys for Defendants, do hereby certify that I have served a copy of the foregoing, **Notice of Removal**, **Answer**, and **Defendants' Answers to Local Rule 26.01 Interrogatories**, in connection with the above-referenced case by mailing a copy of the same by United States Mail, postage prepaid, to the following address:

Bennett E. Casto, Esquire
McWhirter, Bellinger, & Associates, P.A.
119 East Main Street
Lexington SC 29072


　　　　　　　　　　　　　　　　　　　　　　　　*s/Crawford A. Krebs*
　　　　　　　　　　　　　　　　　　　　　　　　Crawford A. Krebs, Esquire, Fed. ID 13963


Columbia, South Carolina
October 26, 2023