IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Dominique B. Lovejoy, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:23-cv-05393-MGL |
| v. ) | |
| ) | |
| Jason L. Richardson, Rocket Expediting, LLC, ) | |
| Super Ego Holdings, LLC, Super Ego ) | |
| Logistics, LLC, Stefan Perovic, and Sendmee ) | **RULE 26(f) REPORT** |
| Trucking, LLC, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

_____  We agreed that the schedule set forth in the Conference and Scheduling Order filed <u>October 27, 2023</u> is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

\_\_\_X\_\_\_  We agree that the schedule set forth in the Conference and Scheduling Order filed <u>October 27, 2023</u> requires modification as set forth in the attached proposed Consent Amended Scheduling Order (use format of the Court's standard scheduling order attached hereto). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

_____  We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

| PLAINTIFF: | DEFENDANTS: |
|---|---|
| s/*Bennett E. Casto*_____ | s/*John M. Grantland*_____ |
| Bennett E. Casto | John M. Grantland (Fed. ID# 06462) |
| Fed. ID# 14010 | Crawford A. Krebs (Fed. ID# 13963) |
| McWhirter, Bellinger & Associates, P.A. | Murphy & Grantland, P.A. |
| 119 East Main Street | PO Box 6648 |
| Lexington, South Carolina 29072 | Columbia, South Carolina 29260 |
| P: (803) 359-5523 | P: 803-782-4100 |
| F: (803) 996-9080 | F: 803-782-4140 |
| E: Bennett@mcwhirterlaw.com | E: jgrantland@murphygrantland.com |
| | E: ckrebs@murphygrantland.com |
| ***Attorney for the Plaintiff*** | ***Attorneys for the Defendants*** |