# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Dominique B. Lovejoy, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:23-cv-05393-MGL |
| v. ) | |
| ) | |
| Jason L. Richardson, Rocket Expediting, LLC, ) | |
| Super Ego Holdings, LLC, Super Ego ) | **CONSENT AMENDED** |
| Logistics, LLC, Stefan Perovic, and Sendmee ) | **SCHEDULING ORDER** |
| Trucking, LLC, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this District, the Court hereby establishes the following schedule for this case. This Scheduling Order is entered to administer the trial of this case in a manner consistent with the Federal Rules of Civil Procedure's goal of securing "the just, speedy, and inexpensive determination of every action and proceeding." Fed.R.Civ.P.1.

1. Rule 26(a)(1) Initial Disclosures: The parties have agreed to waive the submission of initial disclosures under Fed.R.Civ.P.26(a)(l).

2. Motions to join other parties and to amend the pleadings (Fed.R.Civ.P.16(b)(3)(A)) shall be filed by **February 29, 2024**.

3. Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to the other parties by **March 25, 2024**.

4. Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to the other parties by **April 23, 2024**.

5. Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **June 28, 2024**. Objections to such affidavits must be made within 14 days after the service of the disclosures. (See Fed. R. Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

6. Discovery shall be completed no later than **August 9, 2024**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by the discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 and have had a telephone conference with Judge Lewis in an attempt to resolve the matter informally. The request for a telephone conference should be made within the time limit prescribed by local rule for filing such a motion. Attorneys should send a request for a telephone conference via e-mail to Lewis_ecf@scd.uscourts.gov.

7. Motions in limine must be filed no later than **January 6, 2025**. Written responses are due seven (7) days thereafter.

8. All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before **October 8, 2024**. (Fed.R.Civ.P.16(b)(3)(A)).

9. Mediation shall be completed in this case on or before **December 20, 2024**.

10. No later than **February 17, 2025**, the parties shall file and exchange Fed.R.Civ.P.26(a)(3) pretrial disclosures. Within fourteen (14) days thereafter, a party shall file and exchange Fed.R Civ P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed. R. Civ.P. 32(a)(6).

11. Parties shall furnish the Court pretrial briefs seven (7) days prior to the date set for jury selection[1] (Local Civil Rule 26.05). Attorneys shall meet at least seven (7) days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. See Local Civil Rule 26.07.

12. This case is subject to being called for jury selection and/or trial on or after **April 4, 2025**.

The parties' attention is specifically directed to Local Civil Rule 5.03 (D.S.C.) regarding the filing of confidential material. The parties' attention is also directed to the Court's website regarding instructions or other orders that may be applicable to your case.

s/_____
United States District Judge
Dated:_____
Columbia, South Carolina




[SIGNATURE PAGE TO FOLLOW]

---

[1] The pretrial brief information found in Local Civil Rule 26.05(A)–(M) shall be submitted only to the Judge's chambers. However, pretrial brief information contained in Local Civil Rule 26.05(N)–(O) shall be served on opposing parties.

**WE SO MOVE AND CONSENT:**

s/*Bennett E. Casto*_____
Bennett E. Casto
Fed. ID# 14010
McWhirter, Bellinger & Associates, P.A.
119 East Main Street
Lexington, South Carolina 29072
P: (803) 359-5523
F: (803) 996-9080
E: Bennett@mcwhirterlaw.com

*Attorney for the Plaintiff*

s/*John M. Grantland*_____
John M. Grantland (Fed. ID# 06462)
Crawford A. Krebs (Fed. ID# 13963)
Murphy & Grantland, P.A.
PO Box 6648
Columbia, South Carolina 29260
P: 803-782-4100
F: 803-782-4140
E: jgrantland@murphygrantland.com
E: ckrebs@murphygrantland.com

*Attorneys for the Defendants*