UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAORLINA
COLUMBIA DIVISION

| | |
|---|---|
| Dominique B. Lovejoy<br><br>Plaintiff,<br><br>vs.<br><br>Jason L. Richardson, Rocket Expediting, LLC, Super Ego Holdings, LLC, Super Ego Logistics, LLC, Stefan Perovic, and Logistics, LLC, Stefan Perovic, and Sendmee Trucking, LLC<br><br>Defendants, | 3:23-CV-05393-MGL<br><br><br>**GEICO'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |

Underinsured Motorist Carrier, GEICO, by and through its undersigned attorneys, hereby answers Local Civil Rule 26.01 Interrogatories as follows:

(A)     State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER: None known.**

(B)     As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER: This case should be tried by a jury due to the factual issues present in the case and due to issues regarding damages present in the case.**

(C)     State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

.     **ANSWER: Not applicable.**

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civil Rule 3.01.

**ANSWER: This action was originally filed in the Richland County Court of Common Pleas in Richland County in the State of South Carolina which is located within the Columbia Division of the United State District Court for the District of South Carolina.**

(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER: Xavier Hannibal, George Dalton, and Pamela Dalton v. Rocket Expediting, LLC, Super Ego Holdings, LLC, Super Ego Logistics, LLC, Stefan Perovic, Jason Richardson, and Sendmee Trucking, LLC, case no. 3:23-cv-02702-MGL, currently pending in the Columbia Division, arises from the same motor vehicle accident and involves the same Defendants.**

(F) [Defendants only] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER: Not applicable.**

(G)     [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER: Not applicable.**

(H)     *Parties or Intervenors in a Diversity Case*. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER: Upon information and belief, Defendant Richardson is a citizen and resident of Alabama;**

**Defendant Sendmee Trucking, LLC is a Limited Liability Company organized under the laws of the State of Alabama with its principal place of business in Alabama;**

**Defendant Rocket Expediting, LLC is a Limited Liability Company organized under the laws of the State of Ohio with its principal place of business in Ohio;**

**Defendant Super Ego Holdings, LLC is a Limited Liability Company organized under the laws of the State of Illinois with its principal place of business in Illinois;**

**Defendant Super Ego Logistics, LLC is a Limited Liability Company organized under the laws of the State of Illinois with its principal place of business in Illinois;**

**Defendant Stefan Perovic is a citizen and resident of the State of Illinois; and**

**The underinsured motorist carrier GEICO is an insurance company that sells and maintains insurance policies in the state of South Carolina among other states.**

s/ Julie C. Hunter
Julie C. Hunter
District of S.C. Federal Bar No.14075
1612 Marion Street, Suite 200
Columbia, South Carolina 29201-2939
Phone: (800) 774-8242
Fax:    (843) 722-2867
Email: jhunter@cslaw.com
Attorney for GEICO

Columbia, South Carolina

November 27, 2023