# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION
# CASE NUMBER: 3:23-cv-05393-MGL

| | |
|---|---|
| Dominique B. Lovejoy,<br><br>        Plaintiff,<br><br>v.<br><br>Jason L. Richardson, Rocket Expediting, LLC, Super Ego Holdings, LLC, Super Ego Logistics, LLC, Stefan Perovic, and Sendmee Trucking, LLC,<br><br>        Defendants. | **MOTION TO WITHDRAW AS COUNSEL** |

  Pursuant to Local Civil Rule 83.I.07 DSC, the below-named counsel with the law firm of Murphy & Grantland, P.A. respectfully requests leave of this Court to withdraw their appearance in this case as counsel for Super Ego Holdings, LLC, Super Ego Logistics, LLC, and Stefan Perovic, and to be removed from all filings and ECF notifications in this case.

        **John M. Grantland, Fed. Bar No. 6462**

        **Crawford A. Krebs, Fed. Bar No. 13963**

  Since this withdrawal will leave these Defendants unrepresented, the parties' mailing addresses and telephone numbers appear below:

| Super Ego Holdings, LLC | Super Ego Logistics, LLC | Stefan Perovic |
|---|---|---|
| 621 Busse Road, Suite 240 | 677 N. Larch Avenue | 175 N. Harbor Drive |
| Bensenville, IL 60106 | Elmhurst, IL 60126 | Apt. 1715 |
| (603) 506-8869 | (312) 796-6668 | Chicago, IL 60601 |
| | | (708) 738-4579 |

  Super Ego Holdings, LLC and Super Ego Logistics, LLC have been informed that as corporate entities (a) they may not proceed without counsel, (b) their counsel must be admitted in this district, and (c) they may be held in default or have their claims dismissed if they fail to obtain replacement counsel in a reasonable time.

In accordance with Local Civil Rule 83.I.107 DSC, this motion is made with the consent of Super Ego Holdings, LLC, Super Ego Logistics, LLC, and Stefan Perovic and a signed consent to withdrawal has been filed along with this motion as Exhibit A.

                        **MURPHY & GRANTLAND, P.A.**

                        *s/John M. Grantland*
                        John M. Grantland, Esquire
                        Federal ID: 6462
                        Crawford A. Krebs, Esquire
                        Federal ID: 6462
                        Murphy & Grantland, P.A.
                        P.O. Box 6648
                        Columbia, SC 29260
                        Phone: 803-782-4140
                        Fax: 803-782-4140

Columbia, South Carolina
February 29, 2024