IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
CASE NUMBER: 3:23-cv-05393-MGL

| | |
|---|---|
| Dominique B. Lovejoy,<br><br>                                      Plaintiff,<br><br>v.<br><br>Jason L. Richardson, Rocket Expediting, LLC, Super Ego Holdings, LLC, Super Ego Logistics, LLC, Stefan Perovic, and Sendmee Trucking, LLC,<br><br>                                      Defendants. | **DEFENDANTS SUPER EGO HOLDINGS, LLC, SUPER EGO LOGISTICS, LLC, AND STEFAN PEROVIC'S CONSENT TO WITHDRAWAL** |

Pursuant to Local Rule 83.I.07 DSC, the below-named parties hereby consent to the withdrawal of their counsel of record: John Grantland and Crawford A. Krebs of Murphy & Grantland, P.A.

_____
Authorized Representative
Super Ego Holdings, LLC
677 N. Larch Avenue
Elmhurst, IL 60126

_____
Authorized Representative
Super Ego Logistics, LLC
621 Busse Road, Suite 240
Bensenville, IL 60106

_____
Stefan Perovic
175 N. Harbor Drive, Apt. 1715
Chicago, IL 60601

_2-29_____, 2024