IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
CASE NUMBER: 3:23-cv-05393-MGL

| | |
|---|---|
| Dominique B. Lovejoy,<br><br>                        Plaintiff,<br><br>v.<br><br>Jason L. Richardson, Rocket Expediting, LLC, Super Ego Holdings, LLC, Super Ego Logistics, LLC, Stefan Perovic, and Sendmee Trucking, LLC,<br><br>                        Defendants. | **CERTIFICATE OF CONSULTATION ON MOTION** |

      YOU WILL PLEASE TAKE NOTICE that the undersigned, as attorney for Defendants, have attempted to consult with counsel for Plaintiff regarding Defendants' Motion to Withdraw as Counsel for Defendants Super Ego Holdings, LLC, Super Ego Logistics, LLC, and Stefan Perovic. Defendants were unable to obtain the consent of Plaintiff's counsel at the time of filing.

                                      **MURPHY & GRANTLAND, P.A.**

                                      *s/John M. Grantland*
                                      John M. Grantland, Esquire
                                      Federal ID: 6462
                                      Murphy & Grantland, P.A.
                                      P.O. Box 6648
                                      Columbia, SC 29260
                                      Phone: 803-782-4140
                                      Fax: 803-782-4140

                                      *Attorneys for Defendants*

Columbia, South Carolina
March 4, 2024